# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

SHAWN ST. LAWRENCE,

      Appellant,

v.

      CASE NO.  5D23-2079
      LT CASE NO. 2019-CF-001593

STATE OF FLORIDA,

      Appellee.

_____/

DATE:     April 12, 2024

**BY ORDER OF THE COURT:**

      ORDERED that Appellant's Motion to Dismiss Appeal, filed April 4, 2024, is accepted and the above-styled cause is dismissed.

*I hereby certify that the foregoing is*
*(a true copy of) the original Court order.*

SANDRA B. WILLIAMS, CLERK

Panel: Judges Makar, Wallis and Eisnaugle

cc:

| | | |
|---|---|---|
| Jack R. Maro | Office of the Attorney | Richard Alexander |
| Shawn St. Lawrence | General | Pallas, Jr. |